# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 92-469** |
| **GERALD ELWOOD** | **SECTION I** |

## ORDER

Considering the motion[1] to enroll additional counsel, filed by the United States of America,

**IT IS ORDERED** that the motion is **GRANTED** and Assistant United States Attorney Chandra S. Menon shall be **ENROLLED** as lead counsel of record for the United States of America in this matter.

New Orleans, Louisiana, August 12, 2022.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 1290.